**Fill in this information to identify your case and this filing:**

Debtor 1        **Jorge De Marchena**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number    **16-26603**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**285 Ridgewood Rd**
Street address, if available, or other description

**Key Biscayne        FL    33149-0000**

City            State    ZIP Code

**Miami-Dade**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's Homestead
Purchased: May 2013
Joint with non-filing spouse
FMV Based on County Market Value
Debtor  also Claims TBE**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$2,147,556.00**

Current value of the portion you own?
**$2,147,556.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

Debtor 1   **Jorge De Marchena**                                         Case number *(if known)*   **16-26603**

**If you own or have more than one, list here:**

**1.2**

**739 Crandon Blvd Unit 301**
Street address, if available, or other description

**Key Biscayne**      **FL**      **33149-0000**

City                          State          ZIP Code

**Miami-Dade**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☑ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Non-Homestead**
**Purchased: June 2003**
**Joint with non-filing spouse**
**Debtor Claims TBE**
**FMV  Based on County Market Value**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$1,173,685.00**

**Current value of the portion you own?**
**$1,173,685.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

**1.3**

Street address, if available, or other description

City                          State          ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☑ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Time Share**
**Marriott Aruba Ocean Club**
**Purchased: December 1999**
**Paid in full**
**Joint with non-filing spouse**
**Debtor Claims TBE**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$5,000.00**

**Current value of the portion you own?**
**$5,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................................=>**            **$3,326,241.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Jorge De Marchena                                    Case number *(if known)*    16-26603

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1    Make:    **Hyundai**

Model:    **Elantra Sedan 4D**

Year:    **2015**

Approximate mileage: _____

Other information:

**Leased with Hyndai Motor Fin**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$1.00**

Current value of the portion you own?    **$1.00**

3.2    Make:    **Lexus**

Model:    **RX350**

Year:    **2015**

Approximate mileage: _____

Other information:

**Leased with Lexus Fin**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$1.00**

Current value of the portion you own?    **$1.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1    Make:    **Yamaha**

Model:    **AR 210**

Year:    **2007**

Other information:

**also includes 2007 21 Feet Trailer**
**Secured with Sych/Yamaha for $17,788**
**Value Based on NADA.com**
**To Be Surrendered**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$19,215.00**

Current value of the portion you own?    **$19,215.00**

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$19,217.00**

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**Misc. Household Goods**
**Based on Inventory list**
**Joint with non-filing spouse, who claims 1/2 interest of $10,450**

**$5,225.00**

Debtor 1   **Jorge De Marchena**                                          Case number *(if known)*   **16-26603**

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Misc. Electronics<br>Based on Inventory list<br>Joint with non-filing spouse, who claims 1/2 interest of $3,150 | $1,575.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Golf clubs equipment | $100.00 |
   |---|---|

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

   | Misc. Clothing | $200.00 |
   |---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

   | Misc. Jewelry<br>Based on Inventory list | $400.00 |
   |---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

   | 1 dog | $100.00 |
   |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................

   | $7,600.00 |
   |---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Jorge De Marchena**

Case number *(if known)*   **16-26603**

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ■ Yes.....................................................................................................................

| | |
|---|---|
| **Cash on hand** | **$200.00** |

---

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes.....................        Institution name:

| | | |
|---|---|---|
| 17.1. | **Citibank Checking Acct #3224**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **$70,523.41** |
| 17.2. | **Citibank Checking Acct #3240**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **$41,158.53** |
| 17.3. | **Citibank Savings Acct #3237**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **$100,113.13** |
| 17.4. | **Citibank Brokerage Acct #2124**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **$893,940.09** |
| 17.5. | **Wells Fargo Brokerage Account #5953**<br>**Joint with non-filing spouse**<br>**Debtor Claims TBE** | **$0.00** |

---

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

---

Debtor 1    **Jorge De Marchena**                                                    Case number *(if known)*    **16-26603**

**100 % Konarqui Corp (Parent Company) dba**
**Luggage & More**
**Assets:**
**Bank Account:**
**Citibank Checking Acct #3316 = $-11,016.62**
**Overdrawn**
**(account was opened in 08/2016)**
**Bank of America Checking Acct #6194 = $-232.64**
**Overdrawn**
**Office Equipment: $128,052.12**
**Security Deposits: $23,297.17**
**Inventory; $349,694.27**
**Accounts Receivable: None**
**Liabilites: $1,258,141.20**

**Corporate Ownership:**
**100% Konarqui Dadeland, LLC**
**Assets:**
**Bank Account: None**
**Office Equipment: None**
**Inventory: None**
**Accounts Receivable: None**
**Liabilites: $48,380**                                               %                              **$0.00**

Debtor 1   **Jorge De Marchena**                                              Case number *(if known)*   **16-26603**

Continuation on Konarqui Corp dba Luggage & More

**100% Konarqui International, LLC**
**Assets:**
**Bank Accounts:**
**Bank of America Checking Acct #9240 = $676.98**
**Office Equipment: None**
**Inventory: None**
**Accounts Receivable: None**
**Liabilites: $92,603.50**

**100% Konarqui Internet Services, LLC**
**Assets:**
**Bank Account:**
**Paypal Account= $0.00**
**Office Equipment: None**
**Inventory: None**
**Accounts Receivable: None**
**Liabilites: $79,028.09**

**100% Konarqui South Beach, LLC**
**Assets:**
**Bank Account:**
**Citibank Checking Acct #0994 = $15,839.02**
**Office Equipment = $1,950.58**
**Inventory: $85,127.92**
**Inventory on display owned by Parent's company**
**Accounts Receivable: None**
**Lease Security Deposit: $255,338**
**In possession of Landlord, Lincoln Enterprise who has a Possessory Lien**
**Liabilites: $255,338**

**100% Konarqui Westland, LLC**
**Assets:**
**Bank Account:**
**Citibank Checking Acct #1029 = $34,046.10**
**Office Equipment: $1,756.84**
**Inventory: $229,278.83**
**Accounts Receivable: None**
**Liabilites: $38,829**                              **100%**  %                        **$0.00**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:                    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                            Institution name or individual:

Debtor 1    **Jorge De Marchena**                                                 Case number *(if known)*    **16-26603**

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............          Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☐ No
- ■ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

|  |  |
|---|---|
| **Florida Pre-Paid College**<br>**Beneficiary: Debtor's daughter** | **$55,420.21** |
| **Florida Pre-Paid College Fund**<br>**Benificiary: Debtor's daughter** | **$11,148.52** |

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29.  **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Debtor does not have Life Insurance Policy** |  | **$0.00** |

Debtor 1    **Jorge De Marchena**                                        Case number *(if known)*  **16-26603**

|  |  |  |
|---|---|---|
| **Debtor has Health Insurance from Avmed** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| **$1,172,503.89** |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

|  |  |
|---|---|
| **Debtor has a counterclaim pending against Argentina International On the Beach, Inc. Case No. 16-024617 CA 22** | **Unknown** |

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ...................................

| **$0.00** |
|---|

Debtor 1    **Jorge De Marchena**                                              Case number *(if known)*    **16-26603**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ........................................................................................................    **$3,326,241.00**

56.  **Part 2: Total vehicles, line 5**                                              **$19,217.00**

57.  **Part 3: Total personal and household items, line 15**                        **$7,600.00**

58.  **Part 4: Total financial assets, line 36**                                  **$1,172,503.89**

59.  **Part 5: Total business-related property, line 45**                          **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                 **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +               **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$1,199,320.89**    Copy personal property total    **$1,199,320.89**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                 **$4,525,561.89**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jorge De Marchena** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number | **16-26603** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Jorge De Marchena** | X _____ |
| **Jorge De Marchena** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **January 11, 2017** | Date _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy