## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 16-26603-BKC-AJC
CHAPTER 13

JORGE DE MARCHENA,

     Debtor.

_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Creditor, ARGENTINA INTERENATIONAL ON THE BEACH, INC., by and through undersigned counsel, hereby files this Objection to Confirmation of Debtor's Chapter 13 Plan and states as follows:

1.    The Debtor's Chapter 13 Plan does not comport with the good faith requirement of §1325(a)(3) of the U.S. Bankruptcy Code.

2.    It is believed and therefore alleged that Debtor's business income as represented is inaccurate.

WHEREFORE, Creditor, ARGENTINA INTERNATIONAL ON THE BEACH, INC., requests this Court deny confirmation of the Debtor's Chapter 13 Plan and grant any and other further relief as the Court deems just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic or regular mail to all interested parties on this 17th day of January, 2017.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Creditor, Argentina International
on the Beach, Inc.
Squires Building, Suite 203
1300 N. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/ _____
    JORDAN L. RAPPAPORT, ESQ.
    Florida Bar No. 108022

SERVICE LIST
Timothy S Kingcade      scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net
Nancy K. Neidich      e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov